### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 14-cr-00465-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIO CRUZ-MEDINA,
    *a.k.a Marlon Velasquez-Izaguirre,*

    Defendant.

_____

### ORDER SETTING CHANGE OF PLEA AND SENTENCING HEARING
_____

Pursuant to the Notice of Disposition filed on March 17, 2015 (ECF No. 15) and Unopposed Motion for Immediate Sentencing filed on March 17, 2015 (ECF No. 16).  A Change of Plea and Sentencing Hearing are set for **April 3, 2015**, at **9:00 a.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **May 7, 2015**, and the **three-day** jury trial scheduled for **May 11, 2015** are VACATED.

Dated this 23rd day of March, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge