**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    14-cr-00465-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JULIO CRUZ-MEDINA,
   a/k/a Marlon Velasquez-Izaguirre,

      Defendant.

---

**ORDER**

---

      PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on April 3, 2015, it is hereby

      ORDERED that Defendant, Julio Cruz-Medina, a/k/a Marlon Velasquez-Izaguirre, is sentenced to **TIME SERVED.**

      Dated:   April 3, 2015.

                              BY THE COURT:

                              s/ Raymond P. Moore
                              RAYMOND P. MOORE,
                              UNITED STATES DISTRICT JUDGE